UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

      Plaintiff,

No. 14-cr-20384
Hon. George Caram Steeh

-vs-

Mauricio Martinez-Martinez,

      Defendant.
_____/

## STIPULATED JUDICIAL ORDER OF REMOVAL

On July 9, 2014, the defendant pled guilty to using a false attestation. In the Rule 11 Plea Agreement, Docket No. 9, the defendant waived his right to notice and a hearing prior to entry of a judicial order of removal under 8 U.S.C. § 1228(c)(2). As a further condition of the plea agreement, the defendant stipulated to the entry of a judicial order of removal. The plaintiff has represented to the Court that the Assistant Secretary for Immigration and Customs Enforcement concurs with the plaintiff's request for entry of this order.

Accordingly, under the authority granted to this Court by 8 U.S.C. § 1228(c), it is ORDERED that defendant Mauricio Martinez-Martinez, alien registration number A205 856 461, shall be removed from the United States to Mexico, or to any other country as prescribed by the immigration laws and regulations of the United States.

                                                                             /s/ George Caram Steeh
                                                             GEORGE CARAM STEEH III
                                                             United States District Judge

Dated: August 19, 2014